No. 188. STANGE and wife, parents of Randall Stange, Deceased, Appellants, v. REINWAND and another, Respondents.

(Also reported in 212 N. W. 2d 122.)

For the appellants the cause was submitted on the brief of *Leon S. Schmidt* and *Schmidt, Thibodeau & Schmidt,* all of Wisconsin Rapids.

For the respondents the cause was submitted on the brief of *Potter, Wefel & Nettesheim* of Wisconsin Rapids.

Judgment affirmed.